United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Felicia L Harrison  
    Debtor

Case No. 17-15980-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Nov 02, 2022     Form ID: 138OBJ     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia L Harrison, 2204 N Van Pelt Street, Philadelphia, PA 19132-4820 |
| 13978358 | + | Banc Of California/dov, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 14004756 | + | Banc of California, National Association, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 13994786 | | Navient Solutions, LLC on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14726644 | + | PennyMac Loan Services, LLC, C/O BRIAN CRAIG NICHOLAS, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14557755 | + | Pennymac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13978379 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14126341 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 03 2022 00:03:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13978355 | + | Email/Text: bncnotifications@pheaa.org | Nov 03 2022 00:03:00 | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13978357 | + | Email/Text: broman@amhfcu.org | Nov 03 2022 00:03:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14038381 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2022 00:05:15 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13978359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2022 00:05:17 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14013642 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 00:05:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13978368 | | Email/Text: collectionsadmin@doverfcu.com | Nov 03 2022 00:03:00 | Dover Fed Credit Union, Attn: Bankruptcy, 1075 Silver Lake Blvd, Dover, DE 19904 |
| 14013995 | | Email/Text: collectionsadmin@doverfcu.com | Nov 03 2022 00:03:00 | Dover Federal Credit Union, 1075 Silver Lake Blvd, Dover DE 19904 |
| 13978369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2022 00:05:19 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14040568 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 03 2022 00:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13978362 | + | Email/PDF: pa_dc_ed@navient.com | Nov 03 2022 00:05:17 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978370 | + | Email/Text: bknotice@ercbpo.com | Nov 03 2022 00:03:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14165619 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 03 2022 00:03:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13978371 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 03 2022 00:03:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 13978372 | + | Email/Text: ahamilton@hillcrestdavidson.com | Nov 03 2022 00:03:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 13978373 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 03 2022 00:03:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 13978374 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2022 00:03:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14038056 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2022 00:05:22 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13978375 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2022 00:03:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14017727 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2022 00:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13978376 | + | Email/PDF: pa_dc_claims@navient.com | Nov 03 2022 00:05:21 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14014640 | | Email/PDF: pa_dc_ed@navient.com | Nov 03 2022 00:05:13 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13978378 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 03 2022 00:03:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13989150 | + | Email/Text: bncnotifications@pheaa.org | Nov 03 2022 00:03:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 14269154 | + | Email/PDF: ebnotices@pnmac.com | Nov 03 2022 00:05:19 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14726343 | ^ | MEBN | Nov 02 2022 23:57:32 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13996207 | + | Email/Text: bncnotifications@pheaa.org | Nov 03 2022 00:03:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13978380 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2022 00:05:22 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13993735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2022 00:05:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13979015 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 03 2022 00:05:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14067941 | + | Email/PDF: ebnotices@pnmac.com | Nov 03 2022 00:05:19 | PennyMac Loan Services, LLC, Jennifer Fordon, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14095057 | + | Email/PDF: ebnotices@pnmac.com | Nov 03 2022 00:05:15 | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |

TOTAL: 34

Case 17-15980-mdc   Doc 112   Filed 11/04/22   Entered 11/05/22 00:30:45   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13978356 | *+ | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13978360 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13978361 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13978363 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978364 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978365 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978366 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978367 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13978377 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
on behalf of Creditor PacTrust Bank dba Mission Hills Mtg. Bankers cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
on behalf of Creditor Banc of California  et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
on behalf of Debtor Felicia L Harrison dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
on behalf of Creditor PennyMac Loan Services  LLC jblank@avallonelaw.com

JILL MANUEL-COUGHLIN
on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

ROBERT J. DAVIDOW
on behalf of Creditor PennyMac Loan Services  LLC robert.davidow@phelanhallinan.com

THOMAS SONG

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Felicia L Harrison

        Debtor(s)                    Case No: 17−15980−mdc

                                             Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                   Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/2/22

 

                                                                                        111 − 110
                                                                        Form 138OBJ