United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15980-mdc |
| Felicia L Harrison | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 02, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Felicia L Harrison, 2204 N Van Pelt Street, Philadelphia, PA 19132-4820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 04, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Banc of California et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor PacTrust Bank dba Mission Hills Mtg. Bankers cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Felicia L Harrison dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor PennyMac Loan Services LLC jblank@avallonelaw.com |
| JILL MANUEL-COUGHLIN | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 02, 2022 | Form ID: 234 | Total Noticed: 1

    on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

ROBERT J. DAVIDOW
    on behalf of Creditor PennyMac Loan Services LLC robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Felicia L Harrison
        Debtor(s)                                                             Case No:17−15980−mdc
                                                                                          Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                     For The Court

                                                                                     Timothy McGrath,
                                                                                  Clerk of Court

Date: 11/2/22