Dec 9, 2022

Felicia L Harrison
2204 N Van Pelt St
Philadelphia, PA 19132
Case number #17-15980
Attention: US Bankruptcy

To Whom it May Concern,

To date my bankruptcy case 17-15980 is officially discharged. Recently I checked my credit file for all three credit bureaus and noticed that my bankruptcy case had been reported to my credit file via a third party credit reporting agency. Per Credit Fair Act US 605 US bankruptcy court does not report bankruptcy to a person's credit file. I am requesting documentation / letter from the US Bankruptcy court stating that the courts did not report my case to any credit bureau agencies. I look forward to hearing from you. Please feel free to contact me if you have any questions.

Regards,
Felicia L Harrison