| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |
|---|---|---|

December 15, 2022

Felicia L Harrison
2204 N Van Pelt Street
Philadelphia, PA 19132
PHILADELPHIA-PA

                Re: Felicia L Harrison

                    Bankruptcy Petition #: 17-15980-mdc

Dear    Felicia L Harrison    ,

    This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Jeanette Gilmore_____
                Deputy Clerk