United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felicia L Harrison  
    Debtor

Case No. 17-15980-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 19, 2023     Form ID: 195     Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia L Harrison, 2204 N Van Pelt Street, Philadelphia, PA 19132-4820 |
| cr | + | Banc of California, et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | PacTrust Bank dba Mission Hills Mtg. Bankers, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 20 2023 00:37:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

**Name**     **Email Address**  
BRIAN CRAIG NICHOLAS  
     on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2023 | Form ID: 195 | Total Noticed: 5

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Banc of California et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor PacTrust Bank dba Mission Hills Mtg. Bankers cmcmonagle@timoneyknox.com
    bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Felicia L Harrison dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor PennyMac Loan Services LLC jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

ROBERT J. DAVIDOW
    on behalf of Creditor PennyMac Loan Services LLC robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 13

Felicia L Harrison                                                : Case No. 17−15980−mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , January 19, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

121
Form 195