# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felicia L. Harrison<br>            Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>            Movant<br>    vs.<br><br>Felicia L. Harrison<br>            Debtor(s)<br><br>Kenneth E. West,<br>            Trustee | BK NO. 17-15980 MDC<br><br>Chapter 13<br><br>Related to Claim No. 9-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 5, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Felicia L. Harrison
2204 North Van Pelt Street
Philadelphia, PA 19132

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: October 5, 2022

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com