| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1  Felicia  L. Harrison |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   17-15980 MDC |

Official Form 410S1

## Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC         **Court claim no**. (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 2357

**Date of payment change:**
Must be at least 21 days after date of this notice          11/01/2022

**New total payment:**          $776.12
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $197.14          New escrow payment:  $222.72

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%          New interest rate:  _____%

   Current principal and interest payment:  $_____          New principal and interest payment:  $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment:  $_____          New mortgage payment:  $_____

Debtor(s)    <u>Felicia  L. Harrison</u>         Case number (*if known*)  <u>17-15980 MDC</u>
            First Name    Middle Name    Last Name

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>    Date    10/06/2022
   Signature
Print: Brian Nicholas
06 Oct 2022, 16:25:16, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701         Market Street, Suite 5000</u>
        Number    Street
        Philadelphia,    PA    19106
        City    State    ZIP Code

Contact phone  (215) 627–1322    Email <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2